FOURTH DEPARTMENT, OCTOBER, 2011

(October 7, 2011)

■ NICK MALKIN et al., Respondents, v MARISA LYN BANKS et al., Defendants, and ALYSSA Z. BENSON et al., Appellants. [930 NYS2d 920]—

Present—Smith, J.P., Peradotto, Carni, Sconiers and Green, JJ.